# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Miscellaneous No. 07-63 (DWF/SRN) |
| Petitioner, | |
| v. | **ORDER** |
| Peter Martinez, | |
| Respondent. | |

Roylene A. Champeaux, Assistant United States Attorney, United States Attorney's Office, counsel for Petitioner.

The above-entitled matter comes before the Court on the Report and Recommendation of United States Magistrate Judge Susan Richard Nelson. No objections were filed to that Report and Recommendation in the time period permitted. Accordingly, based on all of the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. The United States of America's Petition to Enforce Internal Revenue Service Summons (Doc. No. 1) is **GRANTED**; and

    2.    Respondent must obey the summons in its entirety no later than 5:00 p.m. on April 7, 2008.

Dated:  January 28, 2008        <u>s/Donovan W. Frank</u>
                                      DONOVAN W. FRANK
                                      Judge of United States District Court